**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | **08 C 274** |
| Plaintiff, | ) | Case No.: |
| v. | ) | |
| | ) | |
| MICHAEL J. LUNKES and | ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. | ) | |
| | ) | **JUDGE CONLON** |
| Defendants. | ) | **MAGISTRATE JUDGE VALDEZ** |

## COMPLAINT

Plaintiff, KOYO BATTERY CO. LTD ("Koyo") by and through its attorneys, David Fish and Stephen Hsu for its Complaint against Defendants MICHAEL J. LUNKES ("Lunkes") and CELL SOURCE DISTRIBUTION, INC. ("Cell Source") state as follows:

## PARTIES

1. Koyo is a Taiwanese company organized and existing under the laws of Taiwan. Koyo is, therefore, a citizen of Taiwan.

2. Defendant Lunkes resides in the state of Illinois and therefore is a citizen of Illinois. Defendant Cell Source is an Illinois corporation in bad standing with the Illinois Secretary of State. Cell Source is, therefore, an Illinois citizen.

## JURISDICTION and VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a) (2), based upon the complete diversity of citizenship of the parties and the amount in controversy exceeding the jurisdictional minimum of $75,000.

4. Venue is proper in this Judicial District because the Defendants reside in this Judicial District, because products were shipped into this Judicial District, and because Defendants breached their contractual obligations within this Judicial District.

## BREACH OF CONTRACT-COUNT I

5. Plaintiff and Defendants entered into a legally binding contract for the sale of batteries. The terms of the parties' contract required that Defendants pay the Plaintiff for batteries ordered.

6. Plaintiff has performed all conditions required of it under the parties' agreement.

7. Defendants have failed to pay for $485,287.91 in batteries which were shipped to them pursuant to their parties' agreement.

8. As a result, Plaintiff has been damaged.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court enter judgment in its favor and against Defendants for $485,287.91, as well as for an award of prejudgment interest as allowed by law including 815 ILCS 205/2, an award of costs, for preliminary injunctive relief, and for such other relief as this Court deems appropriate.

**Plaintiff demands trial by jury.**

Dated:  January 11, 2008

Respectfully submitted,

KOYO BATTERY CO. LTD.

By: _____/s/ David Fish_____
　　　　　One of its attorneys

Stephen Hsu
LAW OFFICES OF STEPHEN HSU
2822 N. Ashland Avenue, #201
Chicago, IL 60657
(773) 244-1875

David J. Fish
THE FISH LAW FIRM, P.C.
1770 North Park Street, Suite 200
Naperville, Illinois 60563
(630) 355-7590