## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KOYO BATTERY CO. LTD.<br>v.<br>MICHAEL J. LUNKES and<br>CELL SOURCE DISTRIBUTION, INC. | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KOYO BATTERY CO. LTD.

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 274**

JUDGE CONLON
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print)<br>David J. Fish | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>The Fish Law Firm, P.C. | |
| STREET ADDRESS<br>1770 N. Park Street, Suite 202 | |
| CITY/STATE/ZIP<br>Naperville, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269745 | TELEPHONE NUMBER<br>630-355-7590 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |