**FILED**

**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 274**

In the Matter of

KOYO BATTERY CO. LTD.

v.

MICHAEL J. LUNKES and
CELL SOURCE DISTRIBUTION, INC.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KOYO BATTERY CO. LTD.

**JUDGE CONLON**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print)<br>Stephen C. Hsu | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Law Office of Stephen C. Hsu | |
| STREET ADDRESS<br>3528 N. Ashland Avenue | |
| CITY/STATE/ZIP<br>Chicago, IL 60657 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>773-244-1875 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |