# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois District of Illinois

Case Number: 08 C 274

Plaintiff:
**Koyo Battery Co. LTD**

vs.

Defendant:
**Michael J. Lunkes and Cell Source Distribution, Inc.**

For:
Law Offices of Stephen C. Hsu
2822 N. Ashland
Suite 201
Chicago, IL 60657

Received by Comprehensive Investigative Services on the 14th day of January, 2008 at 12:01 pm to be served on **Cell Source Distribution, Inc. C/O Michael J. Lunkes, 5032 N. Central Park Ave., Chicago, IL 60625**.

I, Dennis Minaglia, being duly sworn, depose and say that on the **17th day of January, 2008** at **8:00 am**, I:

Served the within named corporation by delivering a true copy of the **Summons In A Civil Case and Complaint** with the date and hour of service endorsed thereon by me to Michael J. Lunkes as R/A for|Cell Source Distribution, Inc., of the within named corporation, in compliance with State Statutes.

**Description of Person Served:** Age: 56, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 165, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
DEBBIE EARLEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-13-2008

**Dennis Minaglia**
Process Server

**Comprehensive Investigative Services**
6351 W. Montrose Ave # 185
Chicago, IL 60634
(800) 618-2155

Our Job Serial Number: 2008000005
Ref: Koyo Battery Co. Ltd.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois District of Illinois

Case Number: 08 C 274

Plaintiff:
**Koyo Battery Co. LTD**

vs.

Defendant:
**Michael J. Lunkes and Cell Source Distribution, Inc.**

For:
Law Offices of Stephen C. Hsu
2822 N. Ashland
Suite 201
Chicago, IL 60657

Received by Comprehensive Investigative Services on the 14th day of January, 2008 at 12:01 pm to be served on **Michael J. Lunkes, 5032 N. Central Park Ave., Chicago, IL 60625**.

I, Dennis Minaglia, being duly sworn, depose and say that on the **17th day of January, 2008** at **8:00 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Case and Complaint** with the date and hour of service endorsed thereon by me, to: **Michael J. Lunkes** at the address of: **5032 N. Central Park Ave., Chicago, IL 60625**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 56, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 165, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of January, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DEBBIE EARLEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-13-2008

_____
**Dennis Minaglia**
Process Server

**Comprehensive Investigative Services**
6351 W. Montrose Ave # 185
Chicago, IL 60634
(800) 618-2155

Our Job Serial Number: 2008000006
Ref: Koyo Battery Co. Ltd.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c

**Comprehensive Investigative Services**  
6351 W. Montrose Ave # 185  
Chicago, IL 60634  
Phone: (800) 618-2155  
Fax: (773) 736-5701  
36-4416851  

**INVOICE**

Invoice #2008000005  
1/17/2008

Law Offices of Stephen C. Hsu  
2822 N. Ashland  
Suite 201  
Chicago, IL 60657  

Reference Number: Koyo Battery Co. Ltd.  
Your Contact: Stephen Hsu  
**Case Number: Northern District of Illinois 08 C 274**

Plaintiff:  
**Koyo Battery Co. LTD**

Defendant:  
**Michael J. Lunkes and Cell Source Distribution , Inc.**

Received: 1/14/2008   Served: 1/17/2008 8:00 am  CORPORATE  
To be served on: Cell Source Distribution, Inc. C/O Michael J. Lunkes

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Cook, DuPage, Lake, Etc. | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | $50.00 |
| **BALANCE DUE:** | | | $50.00 |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c

**Comprehensive Investigative Services**
6351 W. Montrose Ave # 185
Chicago, IL 60634
Phone: (800) 618-2155
Fax: (773) 736-5701
36-4416851

## INVOICE

Invoice #2008000006
1/17/2008

Law Offices of Stephen C. Hsu
2822 N. Ashland
Suite 201
Chicago, IL 60657

Reference Number: Koyo Battery Co. Ltd.
Your Contact: Stephen Hsu
**Case Number: Northern District of Illinois 08 C 274**

Plaintiff:
**Koyo Battery Co. LTD**

Defendant:
**Michael J. Lunkes and Cell Source Distribution, Inc.**

Received: 1/14/2008   Served: 1/17/2008 8:00 am  .INDIVIDUAL/PERSONAL
To be served on: Michael J. Lunkes

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
|  | 1.00 | 15.00 | 15.00 |
| **TOTAL CHARGED:** |  |  | $15.00 |
| **BALANCE DUE:** |  |  | $15.00 |

**Comments pertaining to this Invoice:**
01/17/2008  8:00 am     Served on 4th attempt at his residence.

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c