IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Koyo Battery Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-C-274 |
| vs. | ) | |
| | ) | Judge Conlon |
| Michael J. Lunkes and Cell Source | ) | |
| Distribution, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF APPEARANCE**

**PLEASE TAKE NOTICE** that on February 4, 2008, we caused to be filed with the Northern District of Illinois, Eastern Division, **Michael P. DiNatale's Appearance on behalf of the Defendants**, a copy of which is served upon you herewith.

The undersigned, an attorney, states that the aforementioned document was served upon all attorneys of record as addressed, by electronic filing on February 4, 2008, before 5:00 p.m and was served upon the Law Offices of Stephen Hsu, 2822 N. Ashland, #201, Chicago, IL 60657, by United States Mail on February 4, 2008 before 5:00 p.m.

Dated: February 4, 2008                                Respectfully submitted,

                                                       Michael J. Lunkes
                                                       By:   s/ *Michael P. DiNatale*
                                                             One of his Attorneys

Joseph G. Bisceglia
Michael P. DiNatale
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484