IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Koyo Battery Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-C-274 |
| | ) | |
| vs. | ) | Judge Conlon |
| | ) | |
| Michael J. Lunkes and Cell Source | ) | Magistrate Judge Valdez |
| Distribution, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING OF ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that on February 6, 2008, we caused to be filed with the Northern District of Illinois, Eastern Division, **Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint**, a copy of which is served upon you herewith.

The undersigned, an attorney, states that the aforementioned document was served upon all attorneys of record as addressed, by ECF as to all filing users, on February 6, 2008, before 5:00 p.m and was served upon the Law Offices of Stephen Hsu, 2822 N. Ashland, #201, Chicago, IL 60657, by United States Mail on February 6, 2008 before 5:00 p.m.

Dated: February 6, 2008

Respectfully submitted,

Michael J. Lunkes and Cell Source
Distribution, Inc.
By:     s/ *Joseph G. Bisceglia*
         One of their Attorneys

Joseph G. Bisceglia
Michael P. DiNatale
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484