# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0274 | **DATE** | 3/4/2008 |
| **CASE TITLE** | KOYO BATTERY CO., LTD vs. MICHAEL J. LUNKES | | |

**DOCKET ENTRY TEXT**

On the courts' own motion, the status hearing set on March 13, 2008 is reset on March 14, 2008 at **10:00 a.m.**

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|