

# United States District Court
# Northern District of Illinois

## Notification of Change of Address

**FILED**
MAR - 5 2008
Mar. 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Please enter the address to which notice should be mailed:*

| Name: | STEPHEN C. HSU |
|---|---|
| Firm: | LAW OFFICES OF STEPHEN C. HSU |
| Street Address: | 2822 N. ASHLAND, #201 |
| City/State/ZIP: | CHICAGO, IL 60657 |
| Phone Number: | 773-244-1875 |

*I previously filed an appearance pursuant to Local Rule 83.16 in each of the cases listed below.*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 274 | KYO BATTERY CO. LTD. v MICHAL J. LUNKES and CELL SOURCE DISTRIBUTION, INC | JUDGE CONLON MAGISTRATE JUDGE VALDEZ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SEE ATTACHED                           3/5/08

Attorney's Signature                   Date