# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0274 | **DATE** | 3/14/2008 |
| **CASE TITLE** | KOYO BATTERY CO., LTD vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by 3/21/08. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on 6/12/08. Submission of joint final pretrial order and agreed pattern jury instructions is set on 7/1/08 at 9:00 am; plaintiff shall submit draft to defendant by 6/26/08. The case is placed on the July trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|