M/HW



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
MAR 20 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: STEPHEN C. HSU

FIRM: LAW OFFICES OF STEPHEN C. HSU

STREET ADDRESS: 2822 N. ASHLAND AVE. #201

CITY/STATE/ZIP: CHICAGO, IL, 60657

PHONE NUMBER: 773-244-1875

ARDC NO. (If Member of Illinois State Bar): 6273958

☒ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08C274 | KOYO BATTERY v. MICHAEL LINDES and CELL SOURCE DISTRIBUTION | JUDGE CONLON MAGISTRATE JUDGE VALDEZ |
| | | |
| | | |
| | | |

Attorney Signature

Date: 3/14/08

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604