IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2008 CV 274 |
| v. | ) | |
| | ) | |
| MICHAEL J. LUNKES and | ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Michael P. DiNatale
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

Attorney for Defendants

PLEASE TAKE NOTICE that on Wednesday, May 14, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, counsel for Koyo Battery Co., Ltd., shall appear before the Honorable Judge Suzanne Conlon, in courtroom 1734, U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion For Leave To File An Amended Complaint And To Add Additional Defendants**, a copy of which is served upon you.

Dated: May 8, 2008                          Respectfully Submitted,

                                            By:  s/David J. Fish
                                            Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 North Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590 Phone

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Motion For Leave to File An Amended Complaint and to Add Additional Defendants** on the following party via email as indicated on the 8th day of May, 2008:

Jenner & Block
Michael P. DiNatale
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

                                             By:    /s/ David J. Fish
                                                           Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590