IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KOYO BATTERY CO., LTD.,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL J. LUNKES and<br>CELL SOURCE DISTRIBUTION, INC.<br><br>    Defendants. | Case No.: 2008 CV 274<br><br>Jury Trial Demanded |

## AMENDED NOTICE OF MOTION

To: Michael P. DiNatale
   Jenner & Block
   330 N. Wabash Avenue
   Chicago, IL 60611-7603

   Joseph G. Bisceglia
   Jenner & Block
   330 N. Wabash Avenue
   Chicago, IL 60611-7603

   Attorney for Defendants

  PLEASE TAKE NOTICE that on Tuesday, May 20, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, counsel for Koyo Battery Co., Ltd., shall appear before the Honorable Judge Suzanne Conlon, in courtroom 1734, U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion For Leave To File An Amended Complaint And To Add Additional Defendants**, a copy of which was served upon you on May 8, 2008.

Dated: May 13, 2008       Respectfully Submitted,

              By: s/David J. Fish
              Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 North Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590 Phone

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Amended Notice of Motion** on the following parties via email as indicated on the 12th day of May, 2008:

Jenner & Block
Michael P. DiNatale
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

By: /s/ David J. Fish
Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590