# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0274 | **DATE** | 5/14/08 |
| **CASE TITLE** | KOYO BATTERY CO., LTD. vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [21] for leave to file an amended complaint and to add additional defendants is stricken for failure to provide courtesy copies in compliance with Local Rule 5.2. and this court's standing order.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|