# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0274 | **DATE** | 5/20/08 |
| **CASE TITLE** | KOYO BATTERY CO., LTD. vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [21] for leave to file an amended complaint and to add additional defendants is taken under advisement. Any objections shall be filed by May 27, 2008.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|