IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KOYO BATTERY CO., LTD. ) | |
| ) | |
| Plaintiff, ) | Case No.: 2008 CV 274 |
| v. ) | |
| ) | |
| MICHAEL J. LUNKES and ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR A RULING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO ADD ADDITIONAL DEFENDANTS**

Plaintiff, KOYO BATTERY CO. LTD ("Koyo") states as follows as its Motion for a Ruling on Plaintiff's Motion for Leave To File An Amended Complaint And To Add Additional Defendants:

1.   Respectfully, Plaintiff requests that this Court rule on its Motion for Leave to Amend the Complaint and to Add Additional Parties.

2.   On May 8, 2008, Plaintiff filed a Motion for Leave To File An Amended Complaint And To Add Additional Defendants.  [See Doc. # 21]   The Court ordered the Defendants to file any objection to the Motion by May 27, 2008.  Defendants did not object to the Motion.

3.   If the Court grants the Motion, Plaintiff submits that in light of the fact that the proposed amendment brings in new parties (even though they are related to the current Defendants), it would be appropriate to extend by 60 days the current deadlines set by this Court (pretrial order dates, discovery cut off date, and trial date) as set forth in this Court's March 20, 2008 Minute Order.  [Docket #19]

4.      The proposed amendment was diligently sought.  The basis for adding the additional parties was learned at a deposition which took place four business days before the Motion for Leave To File An Amended Complaint And To Add Additional Defendants was filed.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests a ruling on its Motion for Leave to Amend the Complaint and to Add Additional Parties and to modify the current scheduling dates as set forth herein.

Dated:  June 11, 2008

Respectfully submitted,

KOYO BATTERY CO. LTD.

By:      _____/s/ David Fish_____
                One of its attorneys

Stephen Hsu
LAW OFFICES OF STEPHEN HSU
2822 N. Ashland Avenue, #201
Chicago, IL 60657
(773) 244-1875

David J. Fish
THE FISH LAW FIRM, P.C.
1770 North Park Street, Suite 200
Naperville, Illinois 60563
(630) 355-7590