IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2008 CV 274 |
| v. | ) | |
| | ) | |
| MICHAEL J. LUNKES and | ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Michael P. DiNatale
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

PLEASE TAKE NOTICE that on Tuesday, June 17, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, counsel for Koyo Battery Co., Ltd., shall appear before the Honorable Judge Suzanne Conlon, in courtroom 1734, U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion for Partial Summary Judgment** and **Motion for a Ruling on Plaintiff's Motion for Leave to File an Amended Complaint and to Add Additional Defendants**, copies of which are hereby served upon you.

Dated: June 11, 2008          Respectfully Submitted,

                              By: s/David J. Fish
                              Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 North Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590 Phone

## **CERTIFICATE OF SERVICE**

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Plaintiff's Motion for Partial Summary Judgment** and **Motion for a Ruling on Plaintiff's Motion for Leave to File and Amended Complaint and to Add Additional Defendants** on the following parties via electronic filing on the 11th day of June, 2008:

Jenner & Block
Michael P. DiNatale
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

By:    /s/  David J. Fish_____
           Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590