# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0274 | **DATE** | 06/17/08 |
| **CASE TITLE** | KOYO BATTERY CO., LTD vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for partial summary judgment [26] is taken under advisement. Defendant Cell Source Distribution, Inc. shall respond by 6/30/08. Plaintiff's unopposed motion for leave to file an amended complaint [27] is granted. All new defendants shall answer or otherwise plead by June 30, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda set on 6/12/08 are extended to 8/12/08. Submission of the joint final pretrial order and agreed pattern jury instructions set on 7/1/08 is extended to 9/4/08 at 9:00 a.m.; plaintiff shall submit draft to defendant by 8/28/08. The case is placed on the September trial calendar.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|