## United States District Court for the Northern District of Illinois

Case Number: 08CV274    Assigned/Issued By: DAJ

Judge Name: _____    Designated Magistrate Judge: _____

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __0__ copies on __06/24/08__ as to __JAMES LUNKES,__
                                    (Date)
WILLIAM LUNKES, ILLINOIS BATTERY CORP. _____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05