IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08-C-274 |
| | ) | |
| v. | ) | Judge Conlon |
| | ) | Magistrate Judge Valdez |
| MICHAEL J. LUNKES and | ) | |
| CELL SOURCE DISTRIBUTION, INC. and | ) | Jury Trial Demanded |
| ILLINOIS BATTERY CORPORATION | ) | |
| and MICHAEL T. LUNKES and WILLIAM | ) | |
| LUNKES AND JAMES LUNKES | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MICHAEL J. LUNKES, MICHAEL T. LUNKES AND CELLS SOURCE DISTRIBUTION, INC.'S RESPONSES TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, Michael J. Lunkes ("Michael J."), Michael T. Lunkes ("Michael T.") and Cell Source Distribution, Inc. ("Cell Source")(collectively "Defendants"), by and through their attorneys, and for their Responses to Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment, states as follows:

**DESCRIPTION OF THE PARTIES**

1. Koyo is a Taiwanese company organized and existing under the laws of Taiwan. (Answer to Complaint. par. 1, attached as Exhibit A)[1]

RESPONSE to #1:   Undisputed.

2. Defendant Cell Source Distribution, Inc., is an Illinois Corporation. (Exhibit A at par. 2)

RESPONSE to #2:  Undisputed

---

[1] For convenience the Answer to the Complaint is also attached hereto as Exhibit A.

## FACTS SUPPORTING JURISDICTION and VENUE

3.   This court has jurisdiction pursuant to 28 U.S.C. §1332 (a) (2), based upon the complete diversity of citizenship of the parties and the amount in controversy exceeding the jurisdictional minimum of $75,000.  (Exhibit A at par. 3)

RESPONSE to #3:  Undisputed.

4.   Venue is proper in this Judicial District because the Defendants reside in this Judicial District and because products were shipped into this Judicial District.  (Exhibit A at Par. 4)

RESPONSE to #4:  Undisputed

## FACTS SUPPORTING PARTIAL SUMMARY JUDGMENT

5.   Cell Source Distribution, Inc.'s President Michael J. Lunkes admits to owing $485,000 to Plaintiff.  (Exhibit B, Lunkes Deposition, at pp. 6, 35):

>   Q.   So you owe $485.000 to Koyo.
>
>   A.   Right.

RESPONSE to #5:   Disputed in part.  Michael J. Lunkes stated that the total value of the batteries purchased by Cell Source was $485,000, but also stated that that amount was subject to various set-offs.  (Michael J. Lunkes Deposition, attached hereto as Exhibit B, at  34¶¶ 14-18; 37 ¶¶6-11; 106 ¶¶15-21)

6.   Cell Source Distribution, Inc. claims an offset (for advertising costs and credits for defective products) in the estimated amount of $130,000 to $150,000.  ([Plaintiff's State. of Mat. Facts] Exhibit B, p. 37; See also Exhibit A, Affirmative Defenses of Cell Source at p. 4 claiming a set off for advertising in the amount of $117,901.80).

RESPONSE to #6:  Disputed.  Michael J. Lunkes stated that  the range of potential set-offs he was aware of was merely an estimate and that he did not have personal knowledge of the potential set-off amounts other than through what he had been told by other people. (Ex. B at 36

2

¶¶1-3; 32 ¶¶19-24; 33 ¶¶1-8; 37; 106 ¶¶15-21; 109 ¶¶3-8 ). He did not definitively state that $150,000 was the highest possibility and further stated that he did not personally deal with Koyo during any of the transactions at issues *Id.*. Further, as evidenced by the affidavit of a Michael *T.* Lunkes, a true and correct copy of which is attached hereto as Ex. C, Cell Source may be entitled to an additional set-off of approximately $87,000.00 as a result of receiving defective Koyo products. (Ex. C at ¶¶7-8)

7. Therefore, assuming Defendant's claimed set off in the light most favorable to it ($150,000), Defendant Cell Source Distribution, Inc. owes $335.000 to Plaintiff.

RESPONSE to #7: Disputed. As noted by Michael J. Lunkes in his deposition he was only estimating the amount of Cell Source's potential set-offs (Ex. B at 36 ¶¶1-3; 32 ¶¶19-24; 33 ¶¶1-8; 37; 106 ¶¶15-21; 109 ¶¶3-8 ) and did not personal have knowledge of the exact amount of potential set-offs, nor was personally involved in any of the transactions with Plaintiff (Ex. B at 36 ¶¶1-3; 32 ¶¶19-24; 33 ¶¶1-8; 37; 106 ¶¶15-21; 109 ¶¶3-8 ). Further, as evidenced by the affidavit of a Michael *T.* Lunkes, Cell Source may be entitled to an additional set-off of approximately $87,000.00 as a result of receiving defective Koyo products. (Ex. C at ¶¶7-8)

Dated: June 30, 2008

Respectfully submitted,

MICHAEL J. LUNKES, MICHAEL T. LUNKES
and CELL SOURCE DISTRIBUTION, INC.


By:  /s/ Joseph G. Bisceglia
        One of their Attorneys

Joseph G. Bisceglia (ARDC #213535)
Michael P. DiNatale (ARDC#6289371)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois  60611
(312) 222-9350

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendants, Michael J. Lunkes, Michael T. Lunkes and Cell Source Distribution, Inc.'s Responses to Plaintiff's Statement of Material Facts in Support of Motion for Partial Summary Judgment was served on all counsel of record via email and ECF on June 30, 2008.

Dated: June 30, 2008

                                        Respectfully submitted,

                                        MICHAEL J. LUNKES, MICHAEL T. LUNKES
                                        and CELL SOURCE DISTRIBUTION, INC.

                                        By:  /s/ Michael P. DiNatale
                                                One of their Attorneys

Joseph G. Bisceglia (ARDC #213535)
Michael P. DiNatale (ARDC#6289371)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350