IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2008 CV 274 |
| v. | ) | |
| | ) | |
| MICHAEL J. LUNKES and | ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Michael P. DiNatale
     Jenner & Block
     330 N. Wabash Avenue
     Chicago, IL 60611-7603

     Joseph G. Bisceglia
     Jenner & Block
     330 N. Wabash Avenue
     Chicago, IL 60611-7603

     Attorney for Defendants

    PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, counsel for Koyo Battery Co., Ltd., shall appear before the Honorable Judge Suzanne Conlon, in courtroom 1734, U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion For Leave To File A Reply In Support Of Its Motion For Partial Summary Judgment**, a copy of which is served upon you.

Dated: July 7, 2008                Respectfully Submitted,

                                   By:  s/David J. Fish
                                   Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 North Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590 Phone

## **CERTIFICATE OF SERVICE**

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Motion For Leave To File A Reply In Support Of Its Motion For Partial Summary Judgment** on the following parties via email as indicated on the 7th day of July, 2008:

Jenner & Block
Michael P. DiNatale
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

　　　　　　　　　　　　　　　　　　　By:　/s/ David J. Fish
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590