Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 274 | **DATE** | 7/16/08 |
| **CASE TITLE** | KOYO BATTERY CO., LTD vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a reply in support of its motion for partial summary judgment [36] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|