```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS

KOYO BATTERY CO., LTD.,                )
                                       )
     Plaintiff,                        )
                                       )
vs.                                    )   No. 2008 CV 274
                                       )
MICHAEL J. LUNKES and CELL SOURCE      )
DISTRIBUTION, INC., and ILLINOIS       )
BATTERY CORPORATION and MICHAEL T.     )
LUNKES and WILLIAM LUNKES and          )
JAMES LUNKES,                          )
                                       )
     Defendants.                       )
```

### MOTION FOR LEAVE TO FILE APPEARANCE AND ANSWER ON BEHALF OF ILLINOIS BATTERY CORPORATION AND JAMES LUNKES

Now comes the defendants, ILLINOIS BATTERY CORPORATION and JAMES LUNKES, by their attorney, JOSEPH V. RODDY, and in support of their motion states as follows:

1. That an Amended Complaint was filed by the plaintiff on June 16, 2008, and a Summons was issued on June 24, 2008.

2. That the undersigned attorney has recently been retained by ILLINOIS BATTERY CORPORATION and JAMES LUNKES to represent their interest.

3. That the undersigned attorney respectfully requests leave of court to file his appearance on behalf of ILLINOIS BATTERY CORPORATION and JAMES LUNKES.

4. That the undersigned attorney respectfully requests twenty-one days to answer or otherwise plead to the Amended Complaint on behalf of ILLINOIS BATTERY CORPORATION and JAMES LUNKES.

WHEREFORE, JOSEPH V. RODDY respectfully requests that he be granted leave to file an appearance on behalf of ILLINOIS BATTERY CORPORATION and JAMES LUNKES, and that be allowed twenty-one days to answer or otherwise plead to the Amended Complaint.

                                        Respectfully submitted,


                                        /s/Joseph V. Roddy




LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Suite 1100
Chicago, IL 60602
312-368-8220