```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS

KOYO BATTERY CO., LTD.,              )
                                     )
     Plaintiff,                      )
                                     )
vs.                                  )    No. 2008 CV 274
                                     )
MICHAEL J. LUNKES and CELL SOURCE    )
DISTRIBUTION, INC., and ILLINOIS     )
BATTERY CORPORATION and MICHAEL T.   )
LUNKES and WILLIAM LUNKES and        )
JAMES LUNKES,                        )
                                     )
     Defendants.                     )
```

**<u>NOTICE OF MOTION</u>**

To:  Mr. Stephen Hsu                    Mr. David J. Fish
     Law Offices of Stephen Hsu         The Fish Law Firm, P.C.
     2822 North Ashland                 1700 North Park Street
     Suite 201                          Suite 200
     Chicago, IL 60657                  Naperville, IL 60563

     Mr. Michael P. DiNatale
     Jenner & Block, LLP
     330 North Wabash Avenue
     46th Floor
     Chicago, IL 60611

PLEASE TAKE NOTICE that on July 22, 2008, at 9:00 a.m., I shall appear before the Honorable Suzanne B. Conlon, at the U.S. District Court, 219 South Dearborn Street, Room 1743, Chicago, Illinois, and then and there present the attached Motion for Leave to File Appearance on Behalf of Illinois Battery Corporation and James Lunkes.

                                   /s/ Joseph V. Roddy
                                   _____


Kelly L. Golden, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice of Motion and Motion by mailing and faxing same to the attorneys referenced above, on the 16th day of July, 2008.

                                   /s/Kelly L. Golden
                                   _____

SUBSCRIBED AND SWORN TO BEFORE me this 17th day of July, 2008.

                              /s/Mary C. Roddy
                              _____
                                      Notary Public

LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Suite 1100
Chicago, IL 60602
312-368-8220