# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 274 | DATE | 7/22/2008 |
| CASE TITLE | KOYO BATTERY CO., LTD. vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Attorney Joseph V. Roddy's motion for leave to file an appearance on behalf of Illinois Battery Corporation and James Lunkes [39] is granted. Defendants Illinois Battery Corporation and James Lunkes shall answer or otherwise plead by August 1, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|