IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KOYO BATTERY CO., LTD. ) | |
| ) | |
| Plaintiff, ) | Case No.: 2008 CV 274 |
| v. ) | |
| ) | |
| MICHAEL J. LUNKES and ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. and ) | |
| ILLINOIS BATTERY CORPORATION ) | |
| and MICHAEL T. LUNKES and WILLIAM ) | |
| LUNKES and JAMES LUNKES ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO COUNTERCLAIM

KOYO BATTERY CO. LTD ("Koyo") by and through its attorneys, David Fish and Stephen Hsu, and for its Answer to Cell Source Distribution, Inc.'s Counterclaim states as follows:

1. Cell Source is an Illinois corporation engaged in the wholesale distribution of automotive and motorcycle batteries with its principal place of business in Chicago, IL

    Answer:    Admitted subject to Koyo's assertion in its Amended that Cell Source was not a properly formed or existing corporation at the times relevant to this action.

2. On information and belief Koyo is organized under the law of Taiwan and its principal place of business is in Taiwan.

    Answer:    Admitted

### Jurisdiction and Venue

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a) (2), based upon the complete diversity of citizenship of the parties and the amount in controversy exceeding the jurisdictional minimum of $75,000.

    Answer:    Admitted

1

## Count I-Breach of Contract

4. Cell Source and Koyo agreed that Cell Source would be the exclusive distributor of Koyo products in North America.

Answer: Admitted that there were discussions relating to Cell Source acting as an exclusive distributor but denied that any contractual agreement was formed at the times relevant to Cell Source's counterclaim.

5. After entering into this agreement, Cell Source discovered that Koyo was selling its products to other North American distributors and at more competitive pricing.

Answer: Denied

6. As a result, existing and prospective customers of Cell Source purchased batteries from other distributors instead of buying Koyo Batteries from Cell Source.

Answer: Denied

7. As a result of Plaintiff's breach, Cell Source has been damaged in excess of $75,000.

Answer: Denied

WHEREFORE, Koyo respectfully requests this Court enter judgment in its favor and against Cell Source and grant such other relief as this Court deems appropriate.

## AFFIRMATIVE DEFENSES

1. Cell Source's claims are barred because Cell Source and/or its agents materially breached any contract that may have existed by, *inter alia*, failing to pay for merchandise delivered and failing to sell products.

2. Cell Source's claims are barred by the statute of frauds.

3. Cell Source's claims are barred because Cell Source and/or its agents fraudulently induced Koyo to enter into any such contractual relationship by promising to pay for merchandise knowing that they could not pay for such merchandise.

4. Cell Source's claims are barred by the affirmative defenses of waiver and laches and ratification because it authorized all conduct that is alleged as improper.

5. Cell Source has not been damaged.

**Plaintiff demands trial by jury.**

Dated: July 25, 2008

Respectfully submitted,

KOYO BATTERY CO. LTD.

By: _____/s/ David Fish_____
       One of its attorneys

Stephen Hsu
LAW OFFICES OF STEPHEN HSU
2822 N. Ashland Avenue, #201
Chicago, IL 60657
(773) 244-1875

David J. Fish
THE FISH LAW FIRM, P.C.
1770 North Park Street, Suite 200
Naperville, Illinois 60563
(630) 355-7590