IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2008 CV 274 |
| v. | ) | |
| | ) | |
| MICHAEL J. LUNKES and | ) | Jury Trial Demanded |
| CELL SOURCE DISTRIBUTION, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Michael P. DiNatale
      Jenner & Block
      330 N. Wabash Avenue
      Chicago, IL 60611-7603

      Joseph G. Bisceglia
      Jenner & Block
      330 N. Wabash Avenue
      Chicago, IL 60611-7603

      Joseph Roddy
      77 W. Washington Street
      Chicago, IL 60602

PLEASE TAKE NOTICE that on July 25, 2008 the attached **Answer to Counterclaim** was filed with the United States District Court of the Northern District of Illinois, Eastern Division. A copy is hereby served upon you.

Dated: July 25, 2008                Respectfully Submitted,

                                    By: s/David J. Fish
                                    Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 North Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590 Phone

## **CERTIFICATE OF SERVICE**

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Answer to Counterclaim** on the following parties via electronic filing on the 25th day of July, 2008:

Jenner & Block
Michael P. DiNatale
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph G. Bisceglia
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

Joseph Roddy
77 W. Washington Street
Chicago, IL 60602

                                                By:    /s/ David J. Fish_____
                                                           Attorney for Plaintiff

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590