IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2008 CV 274 |
| | ) | Judge Conlon |
| MICHAEL J. LUNKES and CELL | ) | Magistrate Judge Valdez |
| SOURCE DISTRIBUTION, INC. and | ) | |
| ILLINOIS BATTERY CORPORATION | ) | Jury Trial Demanded |
| and MICHAEL T. LUNKES and WILLIAM | ) | |
| LUNKES and JAMES LUNKES, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS JAMES LUNKES AND ILLINOIS BATTERY CORPORATION'S MOTION TO EXTEND THE DISCOVERY CUTOFF DATE

NOW COME the Defendants, JAMES LUNKES and ILLINOIS BATTERY CORPORATION, by and through their attorneys of record, THE LAW OFFICES OF JOSEPH V. RODDY, and in their Motion to Extend the Discovery Cutoff Date state as follows:

1. On June 17, 2008, this Honorable Court entered an order setting the discovery cutoff date and date for the filing of dispositive motions for August 12, 2008. The order also set the submission of the joint final pretrial order and agreed pattern jury instructions to be filed by September 4, 2008 at 9:00 a.m.;

2. Attorneys for Defendants James Lunkes and Illinois Battery Corporation only recently filed their appearances on July 22, 2008;

3. This matter will require the analysis of voluminous accounting, financial and corporate records in addition to conducting written and oral discovery regarding Plaintiff's claim;

4. Defendants have not had the benefit of participating in any of the discovery to date and are currently in the process of coordinating the Plaintiff's deposition as well as James

Lunkes' deposition;

5.    James Lunkes and Illinois Battery Corporation respectfully request forty-five (45) days to conduct discovery in this matter;

6.    This request is not made to unduly delay proceedings or otherwise prejudice the parties;

7.    Neither Plaintiff's nor co-Defendants' counsel have any objection to this request.

WHEREFORE, the Defendants, JAMES LUNKES and ILLINOIS BATTERY CORPORATION, respectfully request that this Honorable Court grant them forty-five days to conduct discovery, reset the date for the filing of dispositive motions and the submission of pretrial materials, and remove this case from the September trial call.

Respectfully submitted,


/s/ Joseph V. Roddy____

Joseph V. Roddy (ARDC# 02361604)
Edith Dibbin (ARDC# 6286035)
THE LAW OFFICES OF JOSEPH V. RODDY
77 W. Washington, Suite 1100
Chicago, IL 60602
312-368-8220