# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 274 | **DATE** | 8/7/2008 |
| **CASE TITLE** | KOYO BATTERY CO., LTD. vs. MICHAEL J. LUNKES, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants James Lunkes and Illinois Battery Corporation's unopposed motion to extend the discovery cutoff date [53] is granted. Discovery cutoff and filing of dispositive motions with supporting memoranda set on August 12, 2008 is extended to September 26, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions set on September 4, 2008 is reset on October 16, 2008 at 9:00 a.m.; plaintiff's draft shall be submitted to defendants by October 9, 2008. The case is placed on the November trial calendar. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|