IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KOYO BATTERY CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2008 CV 274 |
| | ) | Judge Conlon |
| MICHAEL J. LUNKES and CELL SOURCE DISTRIBUTION, INC. and | ) ) | Magistrate Judge Valdez |
| ILLINOIS BATTERY CORPORATION | ) | Jury Trial Demanded |
| and MICHAEL T. LUNKES and WILLIAM LUNKES and JAMES LUNKES, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See Attached Service List

PLEASE TAKE NOTICE that on this the 29th day of August 2008, I have filed the Defendant, William Lunkes' Answer to the Amended Complaint, and hereby served a copy upon you.

                                                Respectfully submitted,

                                                /s/ Joseph V. Roddy

Joseph V. Roddy (ARDC# 02361604)
Edith Dibbin (ARDC# 6286035)
THE LAW OFFICES OF JOSEPH V. RODDY
77 W. Washington, Suite 1100
Chicago, IL 60602
312-368-8220

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2008, I electronically filed the foregoing Notice of Filing and William Lunkes' Answer to Plaintiff's Amended Complaint with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

                                                          /s/    Joseph V. Roddy

Mr. David Fish
The Fish Law Firm, P.C.
1770 North Park Street
Suite 202
Naperville, IL 60563
dfish@fishlawfirm.com

Mr. Stephen Hsu
Law Office of Stephen C. Hsu
2822 N. Ashland Avenue, #201
Chicago, IL 60657

Mr. Joseph G. Bisceglia
Mr. Michael Paul DiNatale
Jenner & Block, LLP
330 North Wabash
Chicago, IL 60611
jbisceglia@jenner.com
mdinatale@jenner.com